Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | **GABRIEL A. FUENTES** |
|---|---|---|---|
| **CASE NUMBER** | 16-GJ-00522 | **DATE** | JULY 15, 2020 |
| **CASE TITLE** | U.S. v. AHMAD al-SHAHMAN aka "MIKE CERRONE" | | |

JUDGE ALONSO

20CR 362

MAGISTRATE JUDGE COLE

**DOCKET ENTRY TEXT**

**Grand Jury Proceeding**

The Grand Jury for ___SPECIAL JANUARY 2019___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

**FILED**
JUL 15 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE UNDER SEAL)

Courtroom Deputy Initials: JJ

Page 1 of 1