

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**
**Clerk**

312-435-5670

Date: 07/30/2020

Case Number: 1:20-cr-00362

Case Title: USA v. al-Shahman

Judge: Jorge L. Alonso

### DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

☐ Document entered in error.

☐ Document withdrawn or removed per court order of

☑ Incorrect document linked.

☐ Other:

☐ Removed per IOP30(b).

Thomas G. Bruton, Clerk

By: /s/ Roberto Cornejo
Deputy Clerk

Rev. 11/29/2016