Order Form (01/2005)

16 GJ 522

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | *[signature]* |
|---|---|---|---|
| **CASE NUMBER** | 20-CR-00362 | **DATE** | 29 JULY 2020 |
| **CASE TITLE** | U.S. v. AHMAD AL-SHAHMAN | | |

**JUDGE ALONSO**

**MAGISTRATE JUDGE COLE**

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for **SPECIAL JANUARY 2019** the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge *[signature]*

WARRANT PREVIOUSLY ISSUED IN 20 CR 362, ON JULY 17, 2020 TO STAND. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

**FILED**

JUL 29 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                            UNDER SEAL)

Courtroom Deputy Initials: MJ