## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States v. al-Shahman        Case Number: 20 CR 362

An appearance is hereby filed by the undersigned as attorney for:
Ahmad al-Shahman

Attorney name (type or print): Damon M. Cheronis

Firm: Law Office of Damon M. Cheronis

Street address: 140 S. Dearborn St. Ste. 411

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6277244
(See item 3 in instructions)        Telephone Number: 312.663.4644

Email Address: damon@cheronislaw.com

Are you acting as lead counsel in this case?          ✔ Yes    ☐ No

Are you acting as local counsel in this case?         ☐ Yes    ✔ No

Are you a member of the court's trial bar?            ✔ Yes    ☐ No

If this case reaches trial, will you act as the trial attorney?   ✔ Yes    ☐ No

If this is a criminal case, check your status.    ✔ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9/18/20

Attorney signature:    S/ Damon M. Cheronis

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015